UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER OHLMANN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:22-CV-005-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| REYNOLDS CONSUMER PRODUCTS, ) | **PREJUDICE** |
| LLC, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal [R. 16] of each of Plaintiff Christopher Ohlmann's claims against Defendant Reynolds Consumer Products, LLC ("Defendant'), in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to the Defendant, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 2nd day of May 2022.

cc:  Counsel of Record

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY